**Avery Ledyard LEE, Jr.,
Plaintiff–Appellant,**

v.

**Boyd BENNETT, Director of Prisons at
North Carolina Department of Cor-
rections; Roy Cooper, Honorable,
North Carolina Department of Jus-
tice; Michael F. Easley, Governor;
Gary Miller, Superintendent; E.R.
Harris, Program Supervisor/Unit
Manager; Sammy Jackson, Correc-
tional Officer, Southern Correctional
Institution; Francis Green, Case Ana-
lyst/Case Manager/Program Assistant
at Southern Correctional Institution,
Defendants–Appellees.**

No. 03–7053.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 28, 2003.

Decided Sept. 10, 2003.

Avery Ledyard Lee, Jr., Appellant Pro
Se.

Before NIEMEYER and SHEDD,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM.

Avery Ledyard Lee, Jr., appeals the
district court's order denying relief on his
42 U.S.C. § 1983 (2000) complaint under
28 U.S.C. § 1915A(b) (2000). We have
reviewed the record and find that this
appeal is frivolous. Accordingly, we dis-
miss the appeal on the reasoning of the
district court. *See Lee v. Bennett,* No.
CA–03–423–5–H (E.D.N.C. June 26, 2003).
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*DISMISSED.*